ELIZABETH W. KIDWELL v. ROBERT L. AUGENBLICK.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

JOHNSON, MATTHEY & CO., INC., et al. v. PERMADENT MANUFACTURING CORPORATION et al.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

In the Matter of LEON R. EDELSTEIN v. DEPARTMENT OF STATE OF THE STATE OF NEW YORK et al.— Motion for a stay granted on condition that the petitioner procures the record in this proceeding and petitioner's points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said proceeding to be argued or submitted when reached. That branch of the motion seeking leave to dispense with the printing of the exhibits in the record in this proceeding is granted on condition that the originals thereof are filed with this court on or before March 28, 1962. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

SOC. ACC. SEMPL. CALZATURIFICIO VIBELSPORT DI VIBELLI & C. v. CAPRICE IMPORTS, INC.— Motion for a stay denied, with $10 costs. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

In the Matter of L. B. B. CONTRACTING CORP. v. JAMES B. YEARWOOD. — Motion for a stay dismissed, having become academic by virtue of the decision of this court in *Matter of L. B. B. Contr. Corp.* v. *Yearwood* (15 A D 2d 635). The examination is to proceed on February 7, 1962. The order of this court entered on January 11, 1962 is vacated. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STANLEY FORD.— Order of this court entered on October 10, 1961, assigning Samuel Segal, Esq., and Richard I. Rudell, Esq., as counsel for defendant-appellant vacated, and Henry B. Rothblatt, Esq., of 507 East 161st St., Bronx, New York, is assigned as counsel for defendant-appellant in the place and stead of Samuel Segal, Esq., and Richard I. Rudell, Esq. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.